CLERK, U.S. DISTRICT COURT

MAY 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Randall Pittman, On behalf of himself, the general public, and as an "aggrieved" "employee" under California Labor Code Private Attorneys General Act

PLAINTIFF(S),

v.

Yoh Services, LLC, Bela Coelho, an individual, and Does 1 through 100

DEFENDANT(S).

CASE NUMBER: CV08-1278 PSG (RCx)

**ORDER ON MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS:**
☐ 28 U.S.C. 753(f)
☐ 28 U.S.C. 1915

The Court, having reviewed the Motion for Leave to Appeal In Forma Pauperis and Affidavit thereto, hereby ORDERS: *(The check mark in the appropriate box indicates the Order made.)*

☒ **The court has considered the motion and the motion is DENIED.** The Court certifies that the proposed appeal is not taken in good faith under 28 U.S.C. 1915(a) and is frivolous, without merit and does not present a substantial question within the meaning of 28 U.S.C. 753(f).

The Clerk is directed to serve copies of this Order, by United States mail, upon the parties appearing in this cause.

5/19/08
Date

_____
United States District Judge

☐ **The Court has considered the motion and the motion is GRANTED.** It appears to the Court that the proposed appeal is taken in good faith within the meaning of 28 U.S.C. 1915(a). The Court certifies that the proposed appeal is not frivolous, that it presents a substantial question. The within moving party is authorized to prosecute an appeal in forma pauperis to the United States Court of Appeals for the Ninth Circuit without pre-payment of any fees or costs and without giving security therefor.

☐ A transcript is needed to decide the issue presented by the proposed appeal, all within the meaning of 28 U.S.C. 753 (f). The Court Reporter is directed to prepare and file with the Clerk of this Court an original and one copy of a transcript of all proceedings had in this Court in this cause; the attorney for the appellant is advised that a copy of the transcript will be made available. The expense of such transcript shall be paid by the United States pursuant to 28 U.S.C. 1915(c) and 753(f).

The Clerk is directed to serve copies of this Order upon the parties appearing in this cause.

_____       _____
Date                                                       United States District Judge

A-18 ORDER (02/08)        ORDER ON MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS